## (November 18, 1981)

■ In the Matter of the Claim of ALBERT SODDANO, Appellant, v ANCHORAGE WOODS OF NEW JERSEY, INC., et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent. — Motion to dismiss appeal granted, without costs. Inasmuch as the decision sought to be appealed is interlocutory and decides no threshold legal issues, such decision is not appealable (see *Matter of Dubnoff v Feathers Sportswear*, 74 AD2d 989). Mahoney, P. J., Sweeney, Kane, Main and Casey, JJ., concur.